UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-242 |
| | ) |
| THE ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION TO WITHDRAW
### (Doc. 18)

The court GRANTS the motion of attorney Bixby to withdraw as plaintiff's counsel. Before leaving the case, Mr. Bixby shall file under seal a statement disclosing the name, address, telephone number and email address of the plaintiff. He shall serve a copy on defense counsel.

The plaintiff has thirty (30) days to file a notice of pro se appearance if he intends to represent himself. If he retains a new attorney, counsel shall file a notice of appearance within thirty (30) days. Plaintiff shall file a response to defendant's motions to dismiss (Doc.13, 14) not later than September 9, 2024.

Dated at Burlington, in the District of Vermont, this 8th day of July, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court